IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JORGE L. GARIB-BAZAIN, | ) | |
| #17836-069 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv710-T |
| | ) | (WO) |
| SCOTT A. MIDDLEBROOKS, | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on December 6, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this cause is TRANSFERRED to the United States District Court for the Western District of Oklahoma for all further proceedings.

Done this 22nd day of December, 2005.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE