IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JORGE L. GARIB-BAZAIN, #17836-069, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv710-MHT (WO) |
| SCOTT A MIDDLEBROOKS, WARDEN, | ) ) ) | |
| Respondent. | ) ) | |

ORDER

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 11, 2006 (doc. no. 34), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the instant 28 U.S.C. § 2241 petition for habeas relief is DISMISSED as moot since a more favorable decision on the merits would not entitle Petitioner to any additional relief.  See Williams v. Carter, ___ F.Supp.2d ____, 2006 WL 2788430 (M.D. Ala. 2006) (holding that petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, was moot because the sentence for which petitioner sought restoration of good-time credits had expired).

DONE, this the 4th day of October, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE