IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| JORGE L. GARIB-BAZAIN, #17836-069, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv710-MHT (WO) |
| SCOTT A MIDDLEBROOKS, WARDEN, | ) ) ) | |
| Respondent. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus be denied, and that this action be and hereby is dismissed as moot.

DONE, this the 4th day of October, 2006.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE